# EXHIBIT A

# See CD