# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-119-478**

Effective Date of Registration:
May 22, 2018

## Title

   **Title of Work:** Car accident boy original.mp4

## Completion/Publication

   **Year of Completion:** 2017
  **Date of 1st Publication:** April 03, 2017
  **Nation of 1st Publication:** United States

## Author

-     **Author:** Dominique Hessert
  **Author Created:** entire motion picture
 **Work made for hire:** No
   **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** Dominique Hessert
          153 Chauncey Street, Brooklyn, NY, 11233, United States

## Certification

     **Name:** Richard Liebowitz
      **Date:** May 22, 2018