# EXHIBIT C

# See CD
# For Video



 STUDIO

# Hit by 2 cars and nearly killed, RIT student defies odds to make a new life
WHAM - Rochester, NY

 

    

00:14 / 03:14

Autoplay: On | Off
Terms of Use   Privacy Policy

## Hit by 2 cars and nearly killed, RIT student defies odds to make a new life

SOURCE: WHAM - ROCHESTER, NY

 Facebook           Twitter

---

*LATEST NEWS



| Pluto May Actually Be a Planet Afte... | Starbucks' New Cordusio Beverage Pa... | Kim Kardashian Is Not in Law School... | J. Cole Cancels Music Festival Due ... | China Vows Retaliation if US Takes ... | 'Crack Pipe' Vending Machines Pop U... | Study: Doctors Who Prescribed Opioi... |

*ENTERTAINMENT

*SPORTS

FAILS AND GAFFES

*POLITICS

*BUSINESS

TOP TRENDING VIDEOS